**UNITED STATES DISTRICT COURT**
                **FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                            Criminal No. 06-cr-79-PB

**Dorothy Collins, Patrick Shiner,**
**Keith Samson and Bylinda Floyd**


                            **O R D E R**


    Defendant Bylinda Floyd has moved through counsel to continue the June 6, 2006 trial in the above case, citing the need for additional time to review recently provided discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 6, 2006 to July 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendants in a speedy trial.

The May 23, 2006 final pretrial conference is continued until June 27, 2006 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 22, 2006

cc:  Michael D. Ramsdell, Esq.
     Richard Monteith, Ese.
     Paul Pappas, Esq.
     Michael Shklar, Esq.
     Debra Walsh, AUSA
     United States Probation
     United States Marshal