UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                       Case No. 06-cr-79-04-PB

**Dorothy Collins, Patrick Shiner,
Keith Samson and Bylinda Floyd**


## O R D E R

Defendant, Bylinda Floyd, through counsel, has moved to continue the July 6, 2006 trial in the above case, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date, though co-defendant Dorothy Collins has filed an objection.

In order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from July 6, 2006 to October 3, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best

interests of the public and the defendants in a speedy trial.

The June 27, 2006 final pretrial conference is continued until September 19, 2006 at 3:30 p.m.

SO ORDERED.

                                              /s/Paul Barbadoro  
                                              Paul Barbadoro  
                                              United States District Judge

June 26, 2006

cc:   Paul Pappas, Esq.  
      Michael Ramsdell, Esq.  
      Michael Shklar, Esq.  
      Richard Monteith, Esq.  
      Debra Walsh, AUSA  
      United States Probation  
      United States Marshal